**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6744**

KENNETH LEE SHEPPARD,

    Plaintiff - Appellant,

   v.

CLAIBORNE, Food Service Supervisor, in their individual and official capacity;
DOES 1-8, in their individual and official capacities,

    Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at
Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:21-cv-00047-MR)

Submitted:  November 9, 2021          Decided:  January 6, 2022

Before WILKINSON and MOTZ, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kenneth Lee Sheppard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Lee Sheppard seeks to appeal the district court's order transferring his case from the United States District Court for the Western District of North Carolina to the United States District Court for the Eastern District of Virginia. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Sheppard seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See In re Carefirst of Md., Inc.*, 305 F.3d 253, 255-56 (4th Cir. 2002); *see also Williamson v. Stirling*, 912 F.3d 154, 170 (4th Cir. 2018) (discussing "cumulative finality" doctrine). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*